

**IN THE
TENTH COURT OF APPEALS**

───────────

**No. 10-14-00102-CV**

**EX PARTE N.C.**

───────────

**From the 12th District Court
Walker County, Texas
Trial Court No. 26744**

## MEMORANDUM OPINION

N.C., an inmate, appeals the trial court's order denying his petition for expunction. N.C.'s appellate attorney filed a motion to withdraw and an *Anders* brief in support of the motion to withdraw, asserting that the appeal presents no issues of arguable merit. *See Anders v. California*, 386 U.S. 738, 87 S. Ct. 1396, 18 L. Ed. 2d 493 (1967). Counsel advised N.C. that counsel had filed the motion and brief pursuant to *Anders* and provided N.C. a copy of the record, advised N.C. of his right to review the record, and advised N.C. of his right to submit a response on his own behalf. N.C. submitted a response.

Counsel noted in counsel's *Anders* brief that there is no final order from which N.C. may appeal. We informed N.C. when we granted him additional time to file his response, that we questioned our jurisdiction to decide his appeal due to the lack of an

appealable order.  N.C. did not address in his response whether there was a final order in the record.[1]

Accordingly, this appeal is dismissed.  *See* TEX. R. APP. P. 26.1; 42.3(a).

TOM GRAY
Chief Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Appeal dismissed
Opinion delivered and filed October 25, 2017
[CV06]



---

[1] Further, N.C. was warned in a letter by the Clerk dated May 16, 2014 that there was no final, appealable order and that his appeal would be dismissed unless he filed a response showing grounds for continuing the appeal.  N.C. never responded to that letter.